ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 1:49 PM
CHRISTOPHER A. PRINE
CLERK

**SpencerFane**®

**FILED**

November 13, 2025

**Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court**

WILLIAM A. FAULK, III
DIRECT DIAL: (512) 840-4549
cfaulk@spencerfane.com

November 13, 2025

***VIA e-Filing***
Court of Appeals for the Fifteenth Judicial District
ATTN: Christopher A. Prine, Clerk of Court
P.O. Box 12852
Austin, Texas 78711

      Re:    Court of Appeals No. 15-24-00132-CV;
            *AIRW 2017-7, L.P.; 600 Westinghouse Investments, LLC; 800 Westinghouse Investments, LLC;*
            *Texas Commission on Environmental Quality; and Jonah Water Special Utility District*
            *v. City of Georgetown, Texas*

Dear Mr. Prine:

      Pursuant to your correspondence regarding the setting of oral argument dated October 2, 2025, the City of Georgetown, Texas hereby notifies the Court that its undersigned counsel—William A. Faulk, III—will be presenting argument to the Court on November 20, 2025.

      Thank you for your attention to this matter.  Please do not hesitate to contact me with any questions or concerns.

                    Respectfully submitted,

                    William A. Faulk, III
                    State Bar No. 24075674
                    cfaulk@spencerfane.com
                    **Counsel for the City of Georgetown, Texas**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108017161
Filing Code Description: Letter
Filing Description: Notice to Court Clerk of Attorney Presenting Oral Argument
Status as of 11/13/2025 2:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 11/13/2025 1:49:53 PM | SENT |
| William Thompson | 24088531 | will@lkcfirm.com | 11/13/2025 1:49:53 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 11/13/2025 1:49:53 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 11/13/2025 1:49:53 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 11/13/2025 1:49:53 PM | SENT |
| Michael Parsons | 24079109 | michael@carltonlawaustin.com | 11/13/2025 1:49:53 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 11/13/2025 1:49:53 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 11/13/2025 1:49:53 PM | SENT |
| Kellie E.Billings-Ray | | Kellie.Billings-Ray@oag.texas.gov | 11/13/2025 1:49:53 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 11/13/2025 1:49:53 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 11/13/2025 1:49:53 PM | SENT |
| Erin  K.Snody | | Erin.Snody@oag.texas.gov | 11/13/2025 1:49:53 PM | SENT |
| Andrew Davis | | andrew@lkcfirm.com | 11/13/2025 1:49:53 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 11/13/2025 1:49:53 PM | SENT |
| John Carlton | | john@carltonlawfirm.com | 11/13/2025 1:49:53 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 11/13/2025 1:49:53 PM | SENT |
| Erin Selvera | | erin@carltonlawfirm.com | 11/13/2025 1:49:53 PM | SENT |
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 11/13/2025 1:49:53 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 11/13/2025 1:49:53 PM | ERROR |
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 11/13/2025 1:49:53 PM | SENT |
| Evan Greene | | evan.greene@oag.texas.gov | 11/13/2025 1:49:53 PM | SENT |
| Michael Cotton | | michael@lkcfirm.com | 11/13/2025 1:49:53 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108017161
Filing Code Description: Letter
Filing Description: Notice to Court Clerk of Attorney Presenting Oral Argument
Status as of 11/13/2025 2:00 PM CST

Case Contacts

| Michael Cotton | | michael@lkcfirm.com | 11/13/2025 1:49:53 PM | SENT |
|---|---|---|---|---|
| Skye Masson | | Skye.Masson@georgetowntexas.gov | 11/13/2025 1:49:53 PM | SENT |
| Kelsey Parker | | kparker@spencerfane.com | 11/13/2025 1:49:53 PM | SENT |